# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0461. IN THE INTEREST OF Z. M. H. et al., CHILDREN (MOTHER).**

On May 20, 2025, the juvenile court entered an order terminating the mother's parental rights to her children, Zi. M. H., Zy. M. H., and B. L. D. H. On June 23, 2025, the mother filed this application for discretionary review of the order.[1] We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

---

[1] The mother — through counsel — attempted to file her application on June 20, 2025, but she failed to include a pauper's affidavit, an affidavit of indigency, or filing fees. The Court was thus unable to accept the filing. See Court of Appeals Rule 5 (b).

Here, the mother filed her application 34 days after entry of the termination order. Because the mother's application was untimely filed, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/10/2025

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*